## McALLISTER NAVIGATION COMPANY, Inc., Libelant-Appellee, v. THE Steamship NEW YORK, Her Engines, Etc., Eastern Steamship Lines, Claimant-Appellant.
### No. 90.

Circuit Court of Appeals, Second Circuit.
Dec. 4, 1933.

Kirlin, Campbell, Hickox, Keating & McGrann, of New York City (Robert S. Erskine and Henry P. Elliott, both of New York City, of counsel), for appellant.

Purdy & Purdy, of New York City (John E. Purdy, of New York City, of counsel), for appellee.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM.

Decree affirmed.